**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

GARY PRZEKURAT,

      Plaintiff,

v.                                                                                   NO. 1:14-CV-00184-KG-GBW

HALLIBURTON ENERGY SERVICES,
INC.,

      Defendant.

**ORDER GRANTING JOINT MOTION TO STAY PENDING ARBITRATION**

Pending before the Court is the Joint Motion to Stay Pending Arbitration.  Having considered the Motion, the Court determines that it should be granted.

WHEREFORE, IT IS ORDERED that this matter is stayed pending arbitration.  The parties are instructed to notify the Court upon completion of the arbitration.

                                                      UNITED STATES DISTRICT JUDGE

1717312.1

Approved:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By     */s/ Charles J. Vigil*
        Charles J. Vigil
        Jeffrey L. Lowry
P. O. Box 1888
Albuquerque, NM 87103
Telephone:  (505) 765-5900
FAX:  (505) 768-7395
cvigil@rodey.com
jlowry@rodey.com
*Attorneys for Defendant Halliburton Energy Services, Inc.*

GUEBERT BRUCKNER P.C.

By     *Approved via e-mail 5/28/14*
        Lawrence A. Junker
P.O. Box 93880
Albuquerque, NM 87199-3880
(505) 823-2300
ljunker@guebertlaw.com
*Attorneys for Plaintiff*